# United States District Court
## Northern District of Illinois
### Eastern Division

USA                            **JUDGMENT IN A CIVIL CASE**

        v.                            Case Number: 05 C 566

Jara

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that **Memorandum Opinion and Order is entered. The Court grants Jara's motion to amend his original Section 2255 motion as to his ineffective assistance of counsel claim. The Court denies Jara's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. 2255.**

                                              Michael W. Dobbins, Clerk of Court

Date: 5/19/2005                         /s/ Theresa Hammonds, Deputy Clerk